# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-2213

_____

Leodis Randle,

*Plaintiff - Appellant,*

v.

D. Mussadiq, Sergeant, Pulaski County Detention Center (Originally named as Darryl Mussidiq); Orlando Newburn, Sergeant, Pulaski County Detention Center (Originally named as Newburns); Seth McKanna, Sergeant, Pulaski County Detention Center (Originally named as McKanna); Derrick Freeman, Lieutenant, Pulaski County Detention Center (Originally named as D. Freeman); Andrew Whitworth, Deputy, Pulaski County Detention Center (Originally named as Whitworth),

*Defendants - Appellees,*

J. Austin, Sergeant, Pulaski County Detention Center; Gibson, Deputy, Pulaski County Detention Center; Briggs, Major, Pulaski County Detention Center; Mathis, Deputy, Pulaski County Detention Center,

*Defendants,*

Charles Holladay, Sheriff, Pulaski County (Originally named as Doc Holiday); Vivalon Nelson, Lieutenant, Pulaski County Detention Center (Originally named as Nelson),

*Defendants - Appellees*,

Jenna Simmons; E. Thomas, Deputy, Pulaski County Detention Facility; Funk, Deputy, Pulaski County Detention Facility; Kellyward; Barry Sims; Brawley, Sergeant, Pulaski County Detention Center; Brooks, Deputy, Pulaski County Detention Center; Reed, Deputy, Pulaski County Detention Center; Williams, Deputy, Pulaski County Detention Center; Raft, Lieutenant/Disciplinary Board,

Pulaski County Jail; Conner, Lieutenant/Disciplinary Board, Pulaski County Jail; C. Williams, Deputy, Pulaski County Jail; Donahue, Disciplinary and Classification Board Member,

*Defendants,*

Seth Cass, Deputy (Originally named as S Cass); Lon Watson, Deputy (Originally named as L Watson); Anthony Jenkins, Sergeant (Originally named as L Jenkins),

*Defendants - Appellees*,

L. Daniels; L. Johnson, Deputy; Dedra Hoof; D. Atwood,

*Defendants,*

Letoree Jackson, Doctor (Originally named as Jackson); Stephanie Harris, Nurse (Originally named as Harris),

*Defendants - Appellees*,

Robertson, Doctor,

*Defendant,*

Sandi Hillard, Nurse (Originally named as Hilard),

*Defendant - Appellee*,

Pyane, Deputy; L. Sheppared, Lieutenant; V. Luckadue, Sergeant,

*Defendants.*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

-2-

Submitted: March 2, 2020
Filed: March 5, 2020
[Unpublished]

_____

Before LOKEN, BEAM, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Leodis Randle appeals the district court's[1] adverse grant of summary judgment in his action challenging his conditions of confinement. After careful review of the record and the parties' arguments on appeal, we conclude after *de novo* review that summary judgment was proper. Accordingly, we affirm, *see* 8th Cir. R. 47B, and we deny Randle's pending motions as moot.

_____

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth M. Deere, United States Magistrate Judge for the Eastern District of Arkansas.